UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
:
ANGELINA ALMANZAR, individually and on :
behalf of all others similarly situated, :
:
                      Plaintiff, :  Case No. 1:21-cv-09196
:
           v. :  **NOTICE OF MOTION**
:  **ORAL ARGUMENT REQUESTED**
THE PROCTER & GAMBLE COMPANY, :
:
                      Defendant. :
:
------------------------------------------------------- x

       PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and all other papers and proceedings in this action, defendant The Procter & Gamble Company, by its undersigned counsel, will move this Court before the Honorable Jesse M. Furman, at the United States Court House, 40 Centre Street, New York, New York 10007, on a date to be scheduled by the Court, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing plaintiff's Complaint, filed on November 7, 2021, and granting such other relief as the Court deems just and proper.

Dated: February 15, 2022

                                       By:
                                       /s/ Norman C. Simon
                                       Norman C. Simon
                                       Ryan Gander
                                       Kramer Levin Naftalis & Frankel LLP
                                       1177 Avenue of the Americas
                                       New York, New York 10036
                                       Phone: (212) 715-9100
                                       Fax: (212) 715-8000
                                       Email: nsimon@kramerlevin.com
                                                     rgander@kramerlevin.com

                                       *Attorneys for Defendant*