UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

ANGELINA ALMANZAR, individually and on behalf of all others similarly situated,

                      Plaintiff,

              v.

THE PROCTER & GAMBLE COMPANY,

                      Defendant.

———————————————————— x

Case No. 1:21-cv-09196

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Angelina Almanzar and defendant The Procter & Gamble Company, through their respective counsel, that the above-captioned action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs in connection with this action.

Dated:   New York, New York
          February 23, 2022

| | |
|---|---|
| SHEEHAN & ASSOCIATES, P.C. | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| By: _/s/ Spencer Sheehan_ <br> Spencer Sheehan <br> Sheehan & Associates, P.C. <br> 60 Cuttermill Road, Suite 409 <br> Great Neck NY 11021 <br> Tel: (516) 268-7080 <br> Email: spencer@spencersheehan.com | By: _/s/ Norman C. Simon_ <br> Norman C. Simon <br> Ryan Gander <br> 1477 Avenue of the Americas <br> New York, NY 10036 <br> Tel: (213) 229-9509 <br> Email: nsimon@kramerlevin.com <br>        rgander@kramerlevin.com |
| *Attorneys for Plaintiff Angelina Almanzar* | *Attorneys for Defendant The Procter & Gamble Company* |