UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

ANGELINA ALMANZAR, individually and on
behalf of all others similarly situated,

                               Plaintiff,

                v.

THE PROCTER & GAMBLE COMPANY,

                        Defendant.

———————————————————— x

Case No. 1:21-cv-09196

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Angelina Almanzar and defendant The Procter & Gamble Company, through their respective counsel, that the above-captioned action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs in connection with this action.

Dated:   New York, New York
         February 23, 2022

SHEEHAN & ASSOCIATES, P.C.

By: _____
Spencer Sheehan
Sheehan & Associates, P.C.
60 Cuttermill Road, Suite 409
Great Neck NY 11021
Tel: (516) 268-7080
Email: spencer@spencersheehan.com

*Attorneys for Plaintiff Angelina Almanzar*

KRAMER LEVIN NAFTALIS &
FRANKEL LLP

By: _____
Norman C. Simon
Ryan Gander
1477 Avenue of the Americas
New York, NY 10036
Tel: (213) 229-9509
Email: nsimon@kramerlevin.com
       rgander@kramerlevin.com

*Attorneys for Defendant*
*The Procter & Gamble Company*

The Clerk of Court is directed to close the case.

SO ORDERED.

February 23, 2022